WRIGHT, FINLAY & ZAK, LLP
Chelsea A. Crowton, Esq.
Nevada Bar No. 11547
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Prior counsel for Defendant, Wells Fargo Bank, N.A.*
*(incorrectly identified as Wells Fargo)*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LEODEGARIO SALVADOR | Case No.: 2:13-cv-01011-JCM-GWF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF COUNSEL** |
| NATIONAL DEFAULT SERVICING CORPORATION; WELLS FARGO, DOES I through X; ROE Corporations I through X, inclusive. | |
| Defendants. | |

SNELL & WILMER, LLP is hereby substituted as counsel of record for Defendant Wells Fargo Bank, N.A. in the above-entitled matter in place of and instead of WRIGHT, FINLAY & ZAK, LLP.

DATED this 13 day of March, 2015.

WELLS FARGO BANK, N.A.

By: Brian O'laughli

Its: Counsel

1       WRIGHT, FINLAY & ZAK, LLP hereby substitutes in its place and stead the law firm

2   of SNELL & WILMER, LLP as attorneys for Wells Fargo Bank, N.A., in the above entitled

3   matter.

4

5   DATED this ___18th___ day of February, 2015.

6

7                             WRIGHT, FINLAY & ZAK, LLP

8

9                             Chelsea A. Crowton, Esq.

10                            Nevada Bar No. 11547

11                            7785 W. Sahara Ave., Suite 200

                                  Las Vegas, NV 89117

12                            *Prior counsel for Wells Fargo Bank, N.A.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     SNELL & WILMER, LLP hereby accepts substitution as attorneys for Wells Fargo Bank,

2  N.A., in the above entitled matter in place and stead of WRIGHT, FINLAY & ZAK, LLP.

3

4  DATED this ___ day of February, 2015.

5

6                                  SNELL & WILMER, LLP

7

8                                    Richard C. Gordon, Esq.

9                                    Nevada Bar No. 9036
                                      3883 Howard Hughes Pkwy, Suite 1100

10                               Las Vegas, NV 89169

11                              *Attorney for Wells Fargo Bank, N.A.*

12

13                    **IT IS SO ORDERED:**

14

15

16                  **GEORGE FOLEY, JR.**

17                  **United States Magistrate Judge**
                    **DATED:   March 27, 2015**

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am

3    not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct

4    copy of the **SUBSTITUTION OF COUNSEL** by the method indicated:

5         _____         U. S. Mail

6         _____         U.S. Certified Mail

7         _____         Facsimile Transmission

8         _____         Federal Express

9         _____         Hand Delivery

10        _____         E-mail

11        \_\_X\_\_         Electronic Submission: submitted to the above-entitled Court for electronic
                          filing and service upon the Court's Service List for the above-referenced
12                        case.

13

| **Firm** | **Contact** | **Email** |
|---|---|---|
| | Leodegario Salvador | XXX |
| **TIFFANY & BOSCO, P.A.** | Gregory L. Wilde, Esq. | efile@tblaw.com |

16

17        DATED this \_\_26th\_ day of March 2015.

18
                                              _____
19                                            /s/ Julia Melnar
                                              An employee of Snell & Wilmer L.L.P.
20

21

22

23

24

25

26

27

28

21242689