# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEODEGARIO SALVADOR,

    Plaintiff,

vs.

NATIONAL DEFAULT SERVICING CORPORATION, *et al.*,

    Defendant.

Case No. 2:13-cv-01011-JCM-GWF

**ORDER**

This matter is before the Court on Third-Party Defendants Glenview West Townhomes Association and Alessi & Koenig, LLC's ("Defendants") Motion to Substitute Attorney (#54), filed on April 4, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Third-Party Defendants Glenview West Townhomes Association and Alessi & Koenig, LLC's Motion to Substitute Attorney (#54) is **granted**. The Clerk of the Court shall substitute Steven T. Loizzi, Jr., Esq. and the law firm of Alessi & Koenig, LLC as counsel of record for Third-Party Defendants Glenview West Townhomes Association and Alessi & Koenig, LLC in the place of Chantel M. Schimming, Esq.

DATED this 6th day of April, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge