Andrew M. Jacobs, Esq.
Nevada Bar No. 12787
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: ajacobs@swlaw.com
        kdove@swlaw.com
        wklomp@swlaw.com

Attorneys for Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Leodegario Salvador, | Case No.: 2:13-cv-01011-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| National Default Servicing Corporation; Wells Fargo, DOES I through X; ROE Corporations I through X inclusive | |
| Defendants. | |
| WELLS FARGO BANK, N.A., a national banking association; | |
| Counterclaimant, | |
| v. | |
| LEODEGARIO SALVADOR, an individual d/b/a GDS FINANCIAL SERVICES; | |
| Defendant. | |

WELLS FARGO BANK, N.A., a national
banking association;

Third-Party Plaintiff,

v.

JANE DOE SALVADOR, a married woman;
GLENVIEW WEST TOWNHOMES
ASSOCIATION, a Nevada non-profit
corporation; ALESSI & KOENIG, LLC, a
Nevada limited liability company;

Third-Party
Defendants.

## STIPULATION TO DISMISS

Defendant and Counter-Claimant Wells Fargo Bank, N.A. ("Wells Fargo") together with

Plaintiff Leodegario Salvador and Leodegario Salvador dba GDS Financial Services (jointly

"Salvador") stipulate and agree as follows:

This litigation was initiated by Plaintiff Salvador against Wells Fargo and National

Default Servicing Corporation ("NDSC") as the Defendant.  On January 13, 2016, Wells Fargo

asserted counter-claims against Salvador and additional claims against Jane Doe Salvador,

Glenview West Townhomes Association (the "HOA") and Alessi & Koenig, LLC ("Alessi") in

its Answer, Counterclaims, and Third-Party Complaint (ECF No. 43).  Alessi represented itself

and the HOA.  However, Alessi has since filed bankruptcy (ECF No. 72) and is not participating

in the litigation.  Jane Doe Salvador has not appeared in the litigation.  NDSC filed a Declaration

of Non-Monetary status under Nevada law (ECF No. 65), and is thereby excused from the

litigation.

///

///

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

Salvador and Wells Fargo agree to dismiss this litigation its entirety. Dismissal of the litigation shall be with prejudice, each party to bear its own costs and fees.

Dated: March 8, 2018.

SNELL & WILMER L.L.P.

By: _____
Andrew M. Jacobs (NV Bar No. 12787)
Kelly H. Dove (NV Bar No. 10569)
Wayne Klomp (NV Bar No. 10109)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200

*Attorneys for Wells Fargo Bank, N.A.*

Dated: March 8, 2018.

LEODEGARIO SALVADOR

By: _____
Leodegario Salvador
33-10 31st Avenue
Astoria, New York 11106
Telephone (718) 374-2635

*Pro Se*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: March 12, 2018

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that on this date, I placed a copy of the above in a sealed envelope and mailed it by U.S. mail to:

Leodegario Salvador
33-10 31st Avenue
Astoria, NY 11106
gary.salvador@hotmail.com
*Plaintiff Pro Se*

DATED: March 8, 2018

/s/ _____
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

- 4 -